# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  ADLER. JAN M. | 2. Court or Organization  US DISTRICT COURT. SDCA | 3. Date of Report  05/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  US MAGISTRATE JUDGE FULL-TIME | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2011  to  12/31/2011 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
940 FRONT STREET. ROOM 1145
SAN DIEGO. CA 92101-8928

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER | EQUITY PARTNERS SPECIAL PURPOSE LLC |
| 2. | CO-TRUSTEE | TRUST #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | RETIREMENT PAY FROM FORMER LAW FIRM. PAYMENTS ENDED IN 2011. |
| 2. | 2011 | FEE INCOME FROM FORMER LAW FIRM TO BE COLLETED FOR WORK PERFORMED BEFORE LEAVING THE FIRM. APPROXIMATELY $40.037 PER YEAR THROUGH 2025 |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | EQUITY PARTNERS SPECIAL PURPOSE LLC-MEMBER INCOME |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ASSOCIATION OF BUSINESS TRIAL LAWYERS | 10/13/2012-10/16/2012 | Santa Barbara. California | Annual Seminar | train and cab fare. hotel & registration fees |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST #1: | | | | | | | | | |
| 2. COLUMBIA FUNDS | | None | J | T | Buy (add'l) | 1/31/11 | J | | |
| 3. AMERIPRISE BROKERAGE ACCOUNT IRA #1 - MM | | None | K | T | | | | | |
| 4. ---AMERICAN CAPITAL INCOME BUILDER - A | B | Dividend | K | T | | | | | |
| 5. --AMERICAN CAPITAL WORLD GROWTH & INCOME - A | A | Dividend | K | T | | | | | |
| 6. ---AMERICAN NEW PERSPECTIVE - A | A | Dividend | K | T | | | | | |
| 7. ---AMERICAN NEW WORLD | A | Dividend | J | T | | | | | |
| 8. ---PIMCO REAL RETURN BD - A | D | Dividend | M | T | | | | | |
| 9. ---PIMCO ALL ASSET - A | C | Dividend | K | T | | | | | |
| 10. ---HCP INC | B | Dividend | K | T | | | | | |
| 11. ---CNL INCOME PROPERTIES | B | Distribution | K | T | | | | | |
| 12. ---INLAND AMERICAN | B | Distribution | K | T | | | | | |
| 13. ---AMERICAN FUNDAMENTAL INVESTORS - A | A | Dividend | K | T | | | | | |
| 14. AMERIPRISE BROKERAGE ACCOUNT IRA #2 - MM | | None | J | T | | | | | |
| 15. ---AMERICAN CAP INCOME BUILDER - A | A | Dividend | K | T | | | | | |
| 16. ---AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME | A | Dividend | K | T | | | | | |
| 17. AMERIPRISE ONE FINANCIAL ACCOUNT - MM | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---AMERICAN GROUP INTERMEDIATE BOND FUND OF AMERICA | C | Dividend | M | T | | | | | |
| 19. ---FRANKLIN FEDERAL INTERMEDIATE TERM TAX-FREE FUND - A | D | Dividend | N | T | | | | | |
| 20. ---FRANKLIN INSURED TAX-FREE INCOME A | B | Dividend | K | T | | | | | |
| 21. ---FRANKLIN MUTUAL GLOBAL DISCOVERY | A | Dividend | | | Sold (part) | 06/28/11 | K | C | |
| 22. | | | | | Sold | 09/27/11 | J | B | |
| 23. ---FRANKLIN RISING DIVIDENDS | A | Dividend | K | T | Buy | 9/27/11 | J | | |
| 24. ---CALVERT TAX FREE BOND - A | C | Dividend | L | T | Sold (part) | 09/20/11 | K | | |
| 25. ---MONTEBELLO CA COMMUNITY REDEVELOPMENT 3/1/11 | A | Interest | | | Matured | 03/01/11 | K | | |
| 26. STRATEGIC PORTFOLIO SERVICE ADVANTAGE - MM #1 | A | Interest | K | T | Sold (part) | 01/18/11 | J | | |
| 27. | | | | | Buy (add'l) | 08/03/11 | J | | |
| 28. ---BARON SMALL CAP FUND | B | Dividend | L | T | | | | | |
| 29. ---C&S REALTY INC - A COHEN & STEERS FUND | A | Dividend | K | T | Buy | 08/03/11 | K | | |
| 30. ---COLUMBIA LTD DUR CREDIT - A COLUMBIA FUNDS GROUP | A | Dividend | J | T | Buy | 02/09/11 | J | | |
| 31. | | | | | Buy (add'l) | 6/10/11 | J | | |
| 32. | | | | | Buy (add'l) | 12/08/11 | J | | |
| 33. ---FIDELITY ADVISOR SMALL CAP - A | C | Dividend | K | T | Sold (part) | 09/16/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. ---FIDELITY ADVISOR STRATEGIC REAL RETURN | A | Dividend | J | T | Buy | 11/8/11 | J | | |
| 35. | | | | | Buy (add'l) | 12/08/11 | J | | |
| 36. ---FIDELITY ADVANTAGE STRATEGIC INCOME | B | Dividend | L | T | Buy | 9/16/11 | L | | |
| 37. | | | | | Buy (add'l) | 12/08/11 | J | | |
| 38. ---FIDELITY ADVISOR NEW INSIGHTS - A | A | Dividend | K | T | Buy (add'l) | 01/18/11 | J | | |
| 39. ---1ST EAGLE GLOBAL - A FIRST EAGLE FUND | B | Dividend | K | T | Buy (add'l) | 01/18/11 | J | | |
| 40. | | | | | Buy (add'l) | 02/17/11 | J | | |
| 41. | | | | | Buy (add'l) | 03/17/11 | J | | |
| 42. | | | | | Buy (add'l) | 04/18/11 | J | | |
| 43. | | | | | Buy (add'l) | 05/17/11 | J | | |
| 44. | | | | | Buy (add'l) | 06/16/11 | J | | |
| 45. | | | | | Buy (add'l) | 07/18/11 | J | | |
| 46. | | | | | Buy (add'l) | 08/16/11 | J | | |
| 47. | | | | | Buy (add'l) | 09/16/11 | J | | |
| 48. ---FRANKLIN RISING DIVIDENDS | A | Dividend | L | T | | | | | |
| 49. ---FRANKLIN STRATEGIC INCOME | A | Dividend | | | Buy | 08/03/11 | L | | |
| 50. | | | | | Sold | 09/15/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. ---GABELLI ASSET AAA | B | Dividend | L | T | Buy (add'l) | 06/10/11 | K | | |
| 52. ---LEGG MASON PARTNERS MID CAP CORE A | | None | L | T | Sold (part) | 11/08/11 | K | D | |
| 53. ---PIMCO TOTAL RETURN | A | Dividend | K | T | Buy | 08/03/11 | K | | |
| 54. ---TEM GLOBAL BOND - A FRANKLIN GROUP OF FUNDS | A | Dividend | | | Buy | 02/09/11 | J | | |
| 55. | | | | | Sold | 06/10/11 | J | A | |
| 56. ---VIRTUS REAL ESTATE SECURITIES | A | Dividend | M | T | | | | | |
| 57. ---FRANKLIN GROWTH FUND | | None | | | Sold | 06/10/11 | K | D | |
| 58. ---S&P 500 ETF TRUST (SPDR) UNIT SER 1 | B | Dividend | L | T | | | | | |
| 59. ---WEITZ SHORT INTERIM INCOME | B | Dividend | L | T | | | | | |
| 60. STRATEGIC PORTOLIO SERVICE ADVANTAGE - MM #2 | | None | | | Redeemed | 08/03/11 | J | | |
| 61. ---C&S REALTY INC - A COHEN & STEERS FUND | A | Dividend | | | Sold | 08/03/11 | K | | |
| 62. ---FRANKLIN STRATEGIC INC | B | Dividend | | | Sold | 08/03/11 | L | | |
| 63. ---PIMCO TOTAL RETURN | A | Dividend | | | Sold | 08/03/11 | K | | |
| 64. STRATEGIC PORTFOLIO SERVICE ADVANTAGE, IRA | | None | J | T | | | | | |
| 65. ---COLUMBIA US GOV'T MORTGAGE - A | B | Dividend | K | T | | | | | |
| 66. ---COL ACORN - A | C | Dividend | L | T | | | | | |
| 67. ---PIMCO TOTAL RETURN | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. ---FIDELITY ADVANTAGE NEW INSIGHTS - A | A | Dividend | L | T | | | | | |
| 69. ---BLACKROCK NATIONAL RESOURCES - A | A | Dividend | K | T | Sold (part) | 09/26/11 | K | | |
| 70. ---S&P 500 (SPDR) GOLD TRUST | | None | K | T | Buy (add'l) | 09/28/11 | K | | |
| 71. ---HSBC BANK USA WILMINGTON DELAWARE STRUCTURED CD 2012 | B | Interest | K | T | | | | | |
| 72. ---HSBC BANK USA WILMINGTON DELAWARE STRUCTURED CD MAY 2013 | A | Interest | J | T | | | | | |
| 73. ---HSBC BANK USA WILMINGTON DELAWARE STRUCTURED CD JUNE 1013 | A | Interest | J | T | | | | | |
| 74. ---HSBC BANK USA WILMINGTON DELAWARE STRUCTURED CD 8/1/13 | A | Interest | J | T | | | | | |
| 75. ---HSBC BANK USA WILMINGTON DELAWARE STRUCTURED CD 8/29/13 | A | Interest | J | T | | | | | |
| 76. ---HSBC BANK USA WILMINGTON DELAWARE STRUCTURED CD NOV 2013 | | None | J | T | | | | | |
| 77. ---FIDELITY ADVANTAGE STRATEGIC REAL RETURN - A | B | Dividend | K | T | | | | | |
| 78. ---FIDELITY ADVANTAGE STRATEGIC INCOME - A | C | Dividend | K | T | | | | | |
| 79. ---FRANKLIN RISING DIVIDENDS | A | Dividend | K | T | | | | | |
| 80. ---WEITZ SHORT INTERIM INCOME | B | Dividend | L | T | Buy (add'l) | 02/10/11 | J | | |
| 81. RVS LIFE RETIREMENT ADVISOR ADVANTAGE VARIABLE ANNUITY | | | | | | | | | |
| 82. ---RVS VP CASH MNGMNT FUND N/K/A COLUMBIA VP CASH MANAGEMENT | | None | | | | | | | |
| 83. ---GOLDMAN VIT MIDCAP VA | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. ---FID VIP MIDCAP CL 2 | | None | K | T | Sold (part) | 09/15/11 | K | | |
| 85. ---AM CENT VP VAL CL II | | None | J | T | | | | | |
| 86. ---OPPENHEIMBER STRATEGIC INC CL 3 | | None | M | T | Buy (add'l) | 09/15/11 | J | | |
| 87. ---FIDELITY VIP CONTRAFUND CL 2 | | None | L | T | Buy (add'l) | 09/15/11 | K | | |
| 88. ---COLUMBIA VP GLOBAL BOND CL 3 | | None | | | Sold | 09/15/11 | J | | |
| 89. ---JANUS ASPEN OVERSEAS | | None | J | T | | | | | |
| 90. RIVERSOURCE RETIREMENT ADVISOR 4 ADVANTAGE VA | | | | | | | | | |
| 91. ---VP MODERATE PORT UNDERLYING FUND CL 4 | | None | M | T | | | | | |
| 92. RIVERSOURCE LIFE PROTECTION PLUS | | None | M | T | | | | | |
| 93. AMERICAN FUNDS | | | | | | | | | |
| 94. ---WASHINGTON MUTUAL INVESTORS FUND A | B | Dividend | L | T | | | | | |
| 95. ---AMERICAN BALANCED FUND - A | A | Dividend | K | T | Buy | 10/5/11 | J | | |
| 96. | | | | | Buy (add'l) | 11/4/11 | J | | |
| 97. | | | | | Buy (add'l) | 12/5/11 | J | | |
| 98. ---AMCAP FUND A | A | Dividend | L | T | | | | | |
| 99. ---THE GROWTH FUND OF AMERICA - A | A | Dividend | L | T | Sold (part) | 10/5/11 | J | | |
| 100. | | | | | Sold (part) | 11/4/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. | | | | | Sold (part) | 12/5/11 | J | | |
| 102. ---NEW PERSPECTIVE FUND - CL A | A | Dividend | L | T | | | | | |
| 103. ---EUROPACIFIC GROWTH FUND - A | B | Dividend | L | T | | | | | |
| 104. ---CAPITAL WORLDL GROWTH & INCOME FUND - A | B | Dividend | K | T | | | | | |
| 105. ---NEW WORLD FUND - A | A | Dividend | L | T | | | | | |
| 106. ---BOND FUND OF AMERICA - A | B | Dividend | K | T | | | | | |
| 107. ---LTD TERM TAX-EXEMPT BOND FUND OF AMERICA - A | C | Dividend | L | T | | | | | |
| 108. ---AMERICAN FUNDS MONEY MARKET FUND - A | | None | J | T | Redeemed (part) | 02/08/11 | J | | |
| 109. ---AMERICAN FUND SHORT-TERM TAX-EXEMPT BOND FUND CL A | A | Dividend | L | T | | | | | |
| 110. ---LTD TERM TAX-EXEMPT BOND FUND OF AMERICA - CL A | A | Dividend | | | Redeemed (part) | 01/19/11 | J | | |
| 111. | | | | | Sold (part) | 1/19/11 | J | | |
| 112. | | | | | Sold | 06/09/11 | J | | |
| 113. ---AMERICAN FUNDS MONEY MARKET FUND - A (EDUCATION) | | None | | | Buy (add'l) | 06/09/11 | K | | |
| 114. | | | | | Buy (add'l) | 06/09/11 | J | | |
| 115. | | | | | Redeemed | 06/27/11 | K | | |
| 116. ---AMERICAN MUTUAL FUND - A | A | Dividend | | | Buy | 01/19/11 | J | | |
| 117. | | | | | Sold | 06/09/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. FIDELITY ADVISOR #1 | | None | L | T | | | | | |
| 119. FIDELITY ADVISOR #2 | | None | L | T | | | | | |
| 120. JP MORGAN CHASE BANK ACCOUNTS | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII LINE 1:  HEADER FOR ALL INVESTMENTS.  ALL INVESTMENTS IN PART VII ARE HELD IN TRUST #1.
PART VII LINE 81:  HEADER FOR LINES 82-89.
PART VII LINE 90:  HEADER FOR LINE 91.
PART VII LINE 93:  HEADER FOR INES 94-117.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAN M. ADLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544